IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IVAN ARMIJO,

      Plaintiff,

v.                                            Civ. No. 20-355 GBW/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SOCORRO, *et al.*,

      Defendants.

## ORDER GRANTING
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR STATE CLAIMS ARISING OUT OF SECTION 41-4-9 OF THE NEW MEXICO TORT CLAIMS ACT

THIS MATTER comes before the Court on Defendants' Motion for Summary Judgment for State Claims Arising out of Section 41-4-9 of the New Mexico Tort Claims Act. *Doc. 5*. Having reviewed the Motion and Plaintiff's Response (*doc. 34*), in which Plaintiff stipulated that he "does not oppose entry of summary judgment … dismissing [his] claims arising under § 41-4-9 of the New Mexico Tort Claims Act," the Court GRANTS the Motion.[1]

---

[1] The Court notes that the matters of Defendants' Motion to Dismiss of Plaintiff's Claims Arising out of Sections 41-4-6 and 41-4-10 of the New Mexico Tort Claims Act (*doc. 4*) and Plaintiff's Motion to Amend/Correct Complaint (*doc. 14*) are still pending before it and does not yet rule as to these matters.

2

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and all of Plaintiff's claims arising out of Section 41-4-9 of the New Mexico Tort Claims Act are DISMISSED with prejudice.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**